In the United States Court of Appeals
for the Tenth Circuit

| | |
|---|---|
| United States of America, | ) |
| | ) |
|     Plaintiff-Appellee, | ) |
| | )    No. 23-6122 |
| v. | ) |
| | ) |
| Dejuan Dion Bruner, | ) |
| | ) |
|     Defendant-Appellant. | ) |

**Joint Motion to Abate**

The parties jointly move this Court to abate the briefing in this appeal pending the resolution of *United States v. Rahimi*, Supreme Court Docket No. 22-9915. In support, counsel states:

    1.    This is an appeal from a judgment of conviction of 18 U.S.C. § 922(g)(9) for possessing a firearm after being previously convicted of a misdemeanor crime of domestic violence.

    2.    The sole issue on appeal is whether 18 U.S.C. § 922(g)(9) is constitutional under the Second Amendment applying the Supreme Court's test for such cases in *New York State Rifle & Pistol Ass'n Inc. v. Bruen*, 597 U.S. 1 (2022).

    3.    The issue in *Rahimi* is whether 18 U.S.C. § 922(g)(8), which prohibits the possession of firearms by persons subject to domestic-

violence restraining orders, violates the Second Amendment on its face. The Supreme Court held oral argument on November 7, 2023. *Rahimi* may determine whether Mr. Bruner's related conviction under (g)(9) is constitutional, whether facially or as applied, without further analysis. At a minimum, the Supreme Court's opinion in *Rahimi*, will shed substantial light on the issue of the constitutionality of (g)(9).

    4.    Also before this Court is *United States v. Barry B. Jackson, Jr.*, Tenth Circuit Docket No. 23-6047, which also raises the issue of whether 18 U.S.C. § 922(g)(9) is constitutional under *Bruen*. All briefs have been filed in that matter and the parties await setting of oral argument. It is likely the *Jackson* case will be abated pending the outcome of *Rahimi*. *See, e.g.*, *United States v. Harrison*, No. 23-6028 (constitutionality of 18 U.S.C. § 922(g)(3) at issue and this Court abated the case *sua sponte* for opinion in *Rahimi*).

    5.    Accordingly, to save judicial resources and the resources of the parties, Mr. Bruner and the government ask this Court to abate briefing in this appeal pending the decision in *Rahimi*.

Respectfully submitted,

*s/ Laura K. Deskin*
Laura K. Deskin
Assistant Federal Public Defender
Office of the Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee Avenue, Suite 109
Oklahoma City, OK 73102
(405) 609-5944
Laura_Deskin@fd.org
Counsel for Defendant-Appellant

*s/ Steven W. Creager*
Assistant United States Attorney
Western District of Oklahoma
210 W. Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700
steven.w.creager@usdoj.gov
Counsel for Plaintiff-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I electronically transmitted the attached brief to the Clerk of Court using the NextGen PACER System for filing, which will send notification to: Steven W. Creager, Assistant United States Attorney.

*s/ Laura K. Deskin*